In the Matter of the Petition to Set Aside the Election of Directors of FREDERICK EMMERICH, INC., Pursuant to the Stockholders' Meeting Held on November 7, 1936, and to Restrain the Said Directors and Officers of the Said Corporation from Acting. FREDERICK EMMERICH, INC., Appellant; CLARA EMMERICH, Respondent.— In a proceeding under section 25 of the General Corporation Law to set aside an election of directors of Frederick Emmerich, Inc., resettled order setting aside the election and directing that a new election be held affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.